IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JAMES R. JOHNSON | No. C 11-00092 WHA<br>No. C 17-02154 WHA<br><br>**ORDER DENYING MOTIONS<br>TO WITHDRAW AS COUNSEL** |

Charles Smith, counsel for plaintiff James Johnson, has filed a motion to withdraw as counsel from each of the above-captioned actions. Both actions are closed. All that remains to be done is a judgment debtor exam in Case No. 11-0092. (Magistrate Judge Sallie Kim had scheduled said judgment debtor exam for August 16, but Johnson did not appear.) Nevertheless, Johnson has apparently asked Attorney Smith to withdraw "because [Johnson] no longer has confidence in [Attorney Smith] and desires [to] proceed *in propia persona*." Attorney Smith has seen these cases through this far and can stick around for the judgment debtor exam. His motions to withdraw are **DENIED**.

**IT IS SO ORDERED.**

Dated: August 24, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE